**CYBIOTRONICS, LTD.,**
Plaintiff–Appellant,

v.

**GOLDEN SOURCE ELECTRONICS,
LTD., Defendant,**

and

Smoothline, Ltd., Defendant–Appellee.

No. 01–1400.

United States Court of Appeals,
Federal Circuit.

Jan. 30, 2002.

**ORDER**

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**TELEFLEX, INC., Plaintiff–Appellee,**

v.

**FICOSA NORTH AMERICA CORP.,**
Fico Cables, S.A., and Ficosa North America S.A. De C.V., Defendants–Appellants.

Teleflex, Inc., Plaintiff–Appellant,

v.

Ficosa North America Corp., Fico Cables, S.A., and Ficosa North America S.A. De C.V., Defendants–Appellees.

Nos. 01–1372, 01–1397.

United States Court of Appeals,
Federal Circuit.

Jan. 31, 2002.

ON MOTION

*ORDER*

Teleflex, Inc. moves to voluntarily dismiss its appeal 01–1397. Teleflex states that Ficosa North America Corp. et al. do not oppose, but reserve the right to move for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss 01–1397 is granted.

(2) The revised official caption for 01–1372 is reflected above.